IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| ROBERT WEBBER, | * | |
| Plaintiff, | * | |
| | * | CV 123-059 |
| v. | * | |
| KARL FORT, GEORGIA DEPARTMENT OF CORRECTIONS, and GEORGIA BOARD OF REGENTS, | * | |
| Defendants. | * | |

O R D E R

Before the Court is the Parties' joint stipulation of dismissal without prejudice as to Defendants Karl Fort, Georgia Department of Corrections, and Georgia Board of Regents. (Doc. 25.) All remaining Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS THEREFORE ORDERED this matter is **DISMISSED WITHOUT PREJUDICE**. As Defendants Karl Fort, Georgia Department of Corrections, and Georgia Board of Regents are the only remaining Defendants,[1] the Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each Party shall bear its own costs and fees.

---

[1] Plaintiff also names "Does 1-35" as defendants. (Doc. 1, at 1.) But, as a general matter, fictitious-party pleading is not permitted in federal court. See New v. Sports & Recreation, Inc., 114 F.3d 1092, 1094 n. 1 (11th Cir. 1997).

**ORDER ENTERED** at Augusta, Georgia, this \_\_7th\_\_ day of November, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA